# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SLADE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:12-cv-01253 - LJO - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On November 19, 2012, the parties filed a stipulation for Plaintiff to have an extension of time to submit a confidential brief. (Doc. 11). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**.
2. Plaintiff **SHALL** serve a confidential letter brief on or before January 28, 2013.

IT IS SO ORDERED.

Dated:  **December 12, 2012**          /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1