|   |   |
|---|---|
| SHERRY SLADE, | Case No.: 1:12-cv-01253 - JLT |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| v. | (Doc. 20) |
| COMMISSIONER OF SOCIAL SECURITY, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On March 24, 2013, the parties filed a stipulation for Plaintiff to have an extension of thirty days to serve Defendant with a confidential brief. (Doc. 20). Notably, the scheduling order in this action allows for "a single thirty (30) day extension" by stipulation of the parties. (Doc. 5-1 at 4). This extension was used by the plaintiff when she requested for an additional thirty days to prepare and serve a confidential brief. (Docs. 11-12). A second extension was granted to Plaintiff on January 25, 2013. (Doc. 14).

Importantly, beyond the single 30-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5-1 at 4). A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal. Oct. 9,

2009). Defendant's counsel, Patrick Snyder, asserts an extension of time is necessary "due to an unavoidable transfer of assignments . . . and an unplanned family medical issue resulting in absence from the office." (Doc. 23 at 1). Notably, only a day after seeking an extension of time, Mr. Snyder was terminated as counsel and replaced by Daniel Talbert. (Doc. 21).

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief on or before **June 27, 2013**.

IT IS SO ORDERED.

Dated:   **May 28, 2013**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE