# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY SLADE,<br><br>           Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:12-cv-01253 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Sengthiene Bosavanh, attorney for Plaintiff Sherry Slade, seeks an award for attorney's fees and expenses pursuant to the Equal Access for Justice Act under 28 U.S.C. § 2412(d). (Doc. 30.) On February 13, 2014, the Magistrate Judge found the Commissioner's position was not substantially justified and Plaintiff was entitled to an award of fees. (Doc. 32.) However, the Magistrate Judge found the total time expended by Ms. Bosavanh was not reasonable given the routine and duplicative nature of many tasks, and recommended the fee award be reduced to $7,243.95. (Id. at 12.) Further, because Ms. Bosavanh failed to present any evidence of expenses, the Magistrate Judge recommended that Plaintiff's request for costs be denied. (Id.)

The parties were granted fourteen days from the date of service, or until February 27, 2014 to file objections to the Findings and Recommendations. (Doc. 32 at 12.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Id. at 12-13, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). However,

no objections were filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed February 13, 2014 (Doc. 32) are **ADOPTED IN FULL**;
2. The request for costs in the amount of $493.50 is **DENIED**;
2. Plaintiff's request for attorney's fees (Doc. 30) is **GRANTED** in the modified amount of $7,243.95; and
4. This amount **SHALL** be paid to Plaintiff Sherry Slade.

IT IS SO ORDERED.

Dated:   **February 28, 2014**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2